# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4997
_____

NASHUN CHARLEY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

April 3, 2018


PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Nashun Charley, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.